# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2006 OCT 27 PM 4:50
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| WAYNE REDDICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV606-84 |
| ) | |
| NURSE DELOACH, TERRY MOYE, ) | |
| HUGH SMITH, ANTHONY ) | |
| BYRD, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Petitioner has filed a motion to voluntarily dismiss his case. Doc. 4. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff's motion should be GRANTED and this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 27th day of October, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA