ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV 27 PM 3: 23

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

WAYNE REDDICK,           )
                         )
    Plaintiff,           )
                         )
v.                       )    Case No. CV606-084
                         )
NURSE DELOACH, TERRY MOYE, )
HUGH SMITH, ANTHONY      )
BYRD, et al.,            )
                         )
    Defendants.          )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of November, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA